UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5:35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JUAN WINSTON,

    Petitioner,

v.     No. 03-2485-Ma

UNITED STATES OF AMERICA,

    Respondent.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Denying Motion Pursuant to 28 U.S.C. § 2255, docketed September 6, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Petitioner, proceeding _in forma pauperis_, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___9-16-05___

//

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:03-CV-02485 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jeffrey M. Brandt
ROBINSON & BRANDT, P.S.C.
11331 Grooms Rd.
Ste. 3000
Cincinnati, OH 45242

Honorable Samuel Mays
US DISTRICT COURT